**MEMORANDUM**
**TO THE HONORABLE REENA RAGGI**
United States Circuit Court Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 20 2009 ★

BROOKLYN OFFICE

RE: RODRIGUEZ, Fernando
DKT#: CR-98-472(RR)
**REQUEST FOR TRANSFER OF JURISDICTION**

Reference is made to the above-mentioned individual who was sentenced by Your Honor on December 9, 1999, to one hundred and twenty months imprisonment; five years supervised release; and a $100 special assessment fee. This sentence followed the offender's guilty plea to Conspiracy to Distribute & Possess with Intent to Distribute Cocaine and Heroin, a Class A Felony.

The purpose of this memorandum is to request Your Honor respectively sign the enclosed Probation Form 22, Transfer of Jurisdiction. On March 11, 2009, our office received a letter from the Eastern District of Michigan requesting jurisdiction of this case as the offender's residence, relationships, and supervision are in that district. Based on the above, we respectfully recommend that Your Honor sign the enclosed Probation Form 22 to initiate the transfer process.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____
Petra deHaan
U.S. Probation Officer

APPROVED BY: _____
Robert E. Cardinal
Supervising U.S. Probation Officer

April 10, 2009
Central Islip

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 98-CR-472(S-2)-01 (RR) |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| 1. Fernando Rodriguez<br>810 N. Rademacher<br>Detroit, Michigan 48209 | Eastern District of New York | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Reena Raggi, U.S. Circuit Court Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: January 16, 2007 — TO: January 15, 2012 |

**OFFENSE**

Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Heroin, a Class

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 20 2009 ★
BROOKLYN OFFICE

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___New York___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Eastern District of Michigan___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_April 15, 2009_
Date

s/RR
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Michigan___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge